```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 20314
   JULIA L LUCAS
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-0254


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/04/2008 and was not confirmed.

     The case was dismissed without confirmation 11/06/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                        PAID          PAID
------------------------------------------------------------------------------
ASC                      CURRENT MORTG          .00         .00            .00
ASC                      MORTGAGE ARRE     7500.00          .00            .00
COOK COUNTY TREASURER    SECURED            900.00          .00            .00
ASSET ACCEPTANCE LLC     UNSECURED       NOT FILED          .00            .00
GEMB/WALMART             UNSECURED       NOT FILED          .00            .00
PALOS COMMUNITY HOSPITAL UNSECURED       NOT FILED          .00            .00
UNIFUND                  UNSECURED       NOT FILED          .00            .00
AMERICAS SERVICING CO    MORTGAGE NOTI   NOT FILED          .00            .00
ASSET ACCEPTANCE         UNSECURED          258.48          .00            .00
ASSET ACCEPTANCE LLC     SECURED NOT I   16831.08           .00            .00
PRA RECEIVABLES MANAGEME UNSECURED         7714.94          .00            .00
PRA RECEIVABLES MANAGEME UNSECURED        22473.99          .00            .00
FELD & KORRUB LLC        DEBTOR ATTY     3,100.00                          .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                    --------------           --------------
TOTALS                     .00                      .00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 20314 JULIA L LUCAS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/24/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 20314 JULIA L LUCAS